IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ADRIAN O. MOORE #192273**                                          **PETITIONER**

v.                                                            **CIVIL NO. 1:18cv156-HSO-FKB**

**WARDEN ANDREW MILLS**                                         **RESPONDENT**

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [38] of United States Magistrate Judge F. Keith Ball, entered in this case on January 16, 2019, and Petitioner Adrian O. Moore's Objection to the Report and Recommendation [40], filed February 1, 2019. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [38], the Petition [1], Petitioner's Motion of Judgment [39] and Objection [40], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 22nd day of March, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE